## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **MARTIN MOCHU,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 24-cv-00349** |
| | ) | |
| **v.** | ) | **Judge Steven C. Seeger** |
| | ) | |
| **ADVOCATE AURORA HEALTH, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Martin Mochu ("Plaintiff" or "Mochu") and Defendant Advocate Aurora Health, Inc. ("Defendant" or "Advocate"), by and through their attorneys and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-referenced action with prejudice, with each party to bear its own attorney's fees and costs.

Dated: July 1, 2024

| | |
|---|---|
| Martin Mochu | Advocate Aurora Health, Inc. |
| Plaintiff | Defendant |
| By: /s/Frank B. Avila (via email consent) | By: s/*Jill S. Vorobiev*_____ |
| One of his Attorneys | One of its Attorneys |
| Frank B. Avila | Jill S. Vorobiev (6237734) |
| Avila Law Group | Reed Smith LLP |
| 7132 North Harlem Avenue, Ste #107 | 10 South Wacker Drive, Suite 4000 |
| Chicago, IL 60631 | Chicago, IL 60606-7507 |
| Tel: (773) 631-3840 | Tel: (312) 207-1000 |
| Email: frankavilalaw@gmail.com | Fax: (312) 207-6400 |
| | Email: jvorobiev@reedsmith.com |